**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flmb.uscourts.gov

In re:

                                                 Chapter 13
                                    Case No. 15-21475-EPK

**LEONARD JOSEPH WATSON,**

                                     Hearing: April 14, 2020
    Debtor.                           Time: 1:00 p.m.
_____/

## RESPONSE IN OPPOSITION TO MOTION FOR ACCOUNTING

U.S. Bank Trust National Association as Trustee of Tiki Series III Trust ("Secured Creditor") by its undersigned counsel hereby files this Response in Opposition to Debtor's Motion for Accounting. In opposition thereof, the Secured Creditor states as follows:

1.   On June 25 2015, Debtor filed the instant Chapter 13 Bankruptcy petition.

2.   On August 27, 2015, proof of claim #5-1 was filed evidencing a total claim of $196,287.72 and pre-petition arrearages of $2,836.32, which is secured against the real property located at *292 Hickory Creek Lane, Acworth, GA 30101* (the "Property").

3.   Debtor's Chapter 13 plan confirmed on October 26, 2015 provides for curing of arrearages owed to Secured Creditor along with maintenance of post-petition mortgage payments.

4.   On July 12, 2019, a Notice of Mortgage Payment Change (the "Payment Change") was filed providing for an increase in the escrow portion of $388.96 effective August 1, 2019, resulting in a new payment of $1,219.79, and supported by an escrow analysis.

5.   On March 19, 2020, Debtor filed an Objection to Notice of Payment Change as well as the instant Motion for an Accounting (the "Motion") seeking accounting of the funds

disbursed by the trustee and claiming that the notice does not reflect receipt of payments from the trustee.

6. Since the filing of the Motion, Secured Creditor's counsel has been in contact with Debtor's counsel, has provided a payment history detailing the receipt of and proper application of payments from the trustee. The parties are working to resolve the matter.

7. A true and correct copy of the payment history is attached hereto as **Exhibit "A"**.

8. According to the payment history, the loan is presently due for the April 1, 2020 payment.

9. Debtor's Motion does not provide any factual or legal basis for demanding an accounting beyond the Debtor's unsupported belief questioning the receipt and application of funds from the trustee. However, as evidenced by the attached payment history, all payments have been properly applied, rendering the loan due for the April 1, 2020 payment. Consequently, Secured Creditor requests that the Motion be denied.

**Dated this 10th day of April, 2020.**

Respectfully submitted,

**GHIDOTTI │ BERGER, LLP**
*Attorneys for Secured Creditor*
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: /s/ Chase A. Berger
    Chase A. Berger, Esq.
    Florida Bar No. 083794
    cberger@ghidottiberger.com

*Case No.: 15-21475-EPK*

## CERTIFICATE OF SERVICE

I certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that on April 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Leonard Joseph Watson**
9029 Silver Glen Way
West Palm Beach, FL 33467

*Debtor's Counsel*
**Susan D. Lasky, Esq**
320 S.E. 18th Street
Fort Lauderdale, FL 33316

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

**SN Servicing Corporation**

## Loan History - General

| Loanid: | | Borrower: WATSON | | | | Telephone: | | | SSN: *****3289 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/2018 | 8/16/2018 | 5/1/2018 | New Loan | | 0 | 0 | $.00 | $188,112.09 | $188,112.09 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 8/27/2018 | 8/27/2018 | 5/1/2018 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($1,526.25) | $.00 | $188,112.09 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 8/15/2018 | 8/27/2018 | 5/1/2018 | Escrow Only Payment | 3000-47-BB | 0 | 25204 | $418.54 | $.00 | $188,112.09 | $0.00 | $.00 | $.00 | $.00 | $418.54 | $418.54 | $.00 | $.00 | $.00 |
| 8/15/2018 | 8/27/2018 | 5/1/2018 | Unapplied Payment | 3000-47-BB | 0 | 25207 | $1,863.04 | $.00 | $188,112.09 | $0.00 | $.00 | $1,863.04 | $1,863.04 | $.00 | $418.54 | $.00 | $.00 | $.00 |
| 8/15/2018 | 8/28/2018 | 5/1/2018 | Unapplied Payment Reversal | 45-PA | 0 | 25270 | ($1,104.98) | $.00 | $188,112.09 | $0.00 | $.00 | ($1,104.98) | $758.06 | $.00 | $418.54 | $.00 | $.00 | $.00 |
| 8/15/2018 | 8/28/2018 | 5/1/2018 | Regular Payment | 45-PA | 0 | 25271 | $1,104.98 | $184.19 | $187,927.90 | $0.00 | $646.64 | $.00 | $758.06 | $274.15 | $692.69 | $.00 | $.00 | $.00 |
| 8/28/2018 | 8/29/2018 | 6/1/2018 | Stipulation Unapplied Payment | 3000-47-BB | 0 | 25460 | $1,360.18 | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $2,118.24 | $.00 | $692.69 | $.00 | $.00 | $.00 |
| 9/2/2018 | 9/2/2018 | 6/1/2018 | Investor Loan Sale | | 0 | 25900 | $.00 | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $2,118.24 | $.00 | $692.69 | $.00 | $.00 | $.00 |
| 9/2/2018 | 9/2/2018 | 6/1/2018 | Inv Loan Purchase | | 0 | 25900 | $.00 | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $2,118.24 | $.00 | $692.69 | $.00 | $.00 | $.00 |
| 9/19/2018 | 9/20/2018 | 6/1/2018 | Stipulation Unapplied Payment | 3000-47-BB | 0 | 27952 | $1,360.18 | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $3,478.42 | $.00 | $692.69 | $.00 | $.00 | $.00 |
| 10/17/2018 | 10/17/2018 | 10/1/2018 | Late Charge Assessment | | 0 | 0 | ($41.54) | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $3,478.42 | $.00 | $692.69 | ($41.54) | $41.54 | $.00 |
| 10/17/2018 | 10/17/2018 | 11/15/2018 | County Tax Disbursement | 40 ESC 10-17-2018-LAS | 30 | 31090 | ($3,310.46) | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $3,478.42 | ($3,310.46) | ($2,617.77) | $.00 | $41.54 | $.00 |
| 10/17/2018 | 10/17/2018 | 6/1/2018 | Stipulation Unapplied Payment | 3000-47-BB | 0 | 31216 | $1,360.18 | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $4,838.60 | $.00 | ($2,617.77) | $.00 | $41.54 | $.00 |
| 10/25/2018 | 10/25/2018 | 6/1/2018 | Stipulation Unapplied Payment Reversal | 45-MT | 0 | 32096 | ($4,080.54) | $.00 | $187,927.90 | $0.00 | $.00 | $.00 | $758.06 | $.00 | ($2,617.77) | $.00 | $41.54 | $.00 |
| 10/25/2018 | 10/25/2018 | 6/1/2018 | Unapplied Payment Reversal | 45-MT | 0 | 32096 | ($339.38) | $.00 | $187,927.90 | $0.00 | $.00 | ($339.38) | $418.68 | $.00 | ($2,617.77) | $.00 | $41.54 | $.00 |
| 10/25/2018 | 10/25/2018 | 6/1/2018 | Regular Payment | 45-MT | 0 | 32096 | $1,104.98 | $184.83 | $187,743.07 | $0.00 | $646.00 | $.00 | $418.68 | $274.15 | ($2,343.62) | $.00 | $41.54 | $.00 |
| 10/25/2018 | 10/25/2018 | 7/1/2018 | Regular Payment | 45-MT | 0 | 32096 | $1,104.98 | $185.46 | $187,557.61 | $0.00 | $645.37 | $.00 | $418.68 | $274.15 | ($2,069.47) | $.00 | $41.54 | $.00 |

*Contains Customer Private Information - handle securely.*

**EXHIBIT "A"**

**SN Servicing Corporation**

**Loan History - General**

| Date 1 | Date 2 | Date 3 | Type | Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2018 | 10/25/2018 | 8/1/2018 | Regular Payment | 45-MT | 0 | 32096 | $1,104.98 | $186.10 | $187,371.51 | $0.00 | $644.73 | $.00 | $418.68 | $274.15 | ($1,795.32) | $.00 | $41.54 | $.00 |
| 10/25/2018 | 10/25/2018 | 9/1/2018 | Regular Payment | 45-MT | 0 | 32096 | $1,104.98 | $186.74 | $187,184.77 | $0.00 | $644.09 | $.00 | $418.68 | $274.15 | ($1,521.17) | $.00 | $41.54 | $.00 |
| 11/15/2018 | 11/15/2018 | 10/1/2018 | Regular Payment | BK Check EKA (3000-EKBK md) | 0 | 2102 | $1,104.98 | $187.38 | $186,997.39 | $0.00 | $643.45 | $.00 | $418.68 | $274.15 | ($1,247.02) | $.00 | $41.54 | $.00 |
| 11/15/2018 | 11/15/2018 | 11/1/2018 | Unapplied Payment | BK Check EKA (3000-EKBK md) | 0 | 2102 | $195.68 | $.00 | $186,997.39 | $0.00 | $.00 | $195.68 | $614.36 | $.00 | ($1,247.02) | $.00 | $41.54 | $.00 |
| 11/15/2018 | 11/15/2018 | 11/1/2018 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 2112 | $55.96 | $.00 | $186,997.39 | $0.00 | $.00 | $.00 | $670.32 | $.00 | ($1,247.02) | $.00 | $41.54 | $.00 |
| 11/17/2018 | 11/17/2018 | 11/1/2018 | Late Charge Assessment | | 0 | 0 | ($41.54) | $.00 | $186,997.39 | $0.00 | $.00 | $.00 | $670.32 | $.00 | ($1,247.02) | ($41.54) | $83.08 | $.00 |
| 11/30/2018 | 11/30/2018 | 11/1/2018 | Prepetition Unapplied Payment Reversal | 45-BB | 0 | 3991 | ($55.96) | $.00 | $186,997.39 | $0.00 | $.00 | $.00 | $614.36 | $.00 | ($1,247.02) | $.00 | $83.08 | $.00 |
| 11/30/2018 | 11/30/2018 | 11/1/2018 | Prior Serv Corp Adv Payment | 45-BB | 96 | 3991 | $55.96 | $.00 | $186,997.39 | $0.00 | $.00 | $.00 | $614.36 | $.00 | ($1,247.02) | $.00 | $83.08 | $.00 |
| 12/12/2018 | 12/12/2018 | 11/1/2018 | Regular Payment | BK Check EKA (3000-EKBK-BC) | 0 | 5741 | $1,104.98 | $188.03 | $186,809.36 | $0.00 | $642.80 | $.00 | $614.36 | $274.15 | ($972.87) | $.00 | $83.08 | $.00 |
| 12/12/2018 | 12/12/2018 | 12/1/2018 | Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 5741 | $195.68 | $.00 | $186,809.36 | $0.00 | $.00 | $195.68 | $810.04 | $.00 | ($972.87) | $.00 | $83.08 | $.00 |
| 12/12/2018 | 12/12/2018 | 12/1/2018 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 5741 | $55.96 | $.00 | $186,809.36 | $0.00 | $.00 | $.00 | $866.00 | $.00 | ($972.87) | $.00 | $83.08 | $.00 |
| 12/17/2018 | 12/17/2018 | 12/1/2018 | Late Charge Assessment | | 0 | 0 | ($41.54) | $.00 | $186,809.36 | $0.00 | $.00 | $.00 | $866.00 | $.00 | ($972.87) | ($41.54) | $124.62 | $.00 |
| 12/27/2018 | 12/27/2018 | 12/1/2018 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 7821 | ($55.96) | $.00 | $186,809.36 | $0.00 | $.00 | $.00 | $810.04 | $.00 | ($972.87) | $.00 | $124.62 | $.00 |
| 12/27/2018 | 12/27/2018 | 12/1/2018 | Prior Serv Corp Adv Payment | 45-BC | 96 | 7821 | $55.96 | $.00 | $186,809.36 | $0.00 | $.00 | $.00 | $810.04 | $.00 | ($972.87) | $.00 | $124.62 | $.00 |
| 12/28/2018 | 12/28/2018 | 12/1/2018 | Late Charge Waiver | | 0 | 0 | $124.62 | $.00 | $186,809.36 | $0.00 | $.00 | $.00 | $810.04 | $.00 | ($972.87) | $124.62 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

### Loan History - General

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/10/2019 | 1/10/2019 | 12/1/2018 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 10189 | $55.96 | $.00 | $186,809.36 | $0.00 | $.00 | $.00 | $866.00 | $.00 | ($972.87) | $.00 | $.00 | $.00 |
| 1/10/2019 | 1/10/2019 | 12/1/2018 | Regular Payment | BK Check EKA (3000-EKBK-BC) | 0 | 10189 | $1,104.98 | $188.67 | $186,620.69 | $0.00 | $642.16 | $.00 | $866.00 | $274.15 | ($698.72) | $.00 | $.00 | $.00 |
| 1/10/2019 | 1/10/2019 | 1/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 10189 | $195.68 | $.00 | $186,620.69 | $0.00 | $.00 | $195.68 | $1,061.68 | $.00 | ($698.72) | $.00 | $.00 | $.00 |
| 1/21/2019 | 1/21/2019 | 1/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 11471 | ($55.96) | $.00 | $186,620.69 | $0.00 | $.00 | $.00 | $1,005.72 | $.00 | ($698.72) | $.00 | $.00 | $.00 |
| 1/21/2019 | 1/21/2019 | 1/1/2019 | Prior Serv Corp Adv Payment | 45-BC | 96 | 11471 | $55.96 | $.00 | $186,620.69 | $0.00 | $.00 | $.00 | $1,005.72 | $.00 | ($698.72) | $.00 | $.00 | $.00 |
| 2/14/2019 | 2/14/2019 | 1/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 15171 | $55.96 | $.00 | $186,620.69 | $0.00 | $.00 | $.00 | $1,061.68 | $.00 | ($698.72) | $.00 | $.00 | $.00 |
| 2/14/2019 | 2/14/2019 | 1/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-BC) | 0 | 15171 | $1,104.98 | $189.32 | $186,431.37 | $0.00 | $641.51 | $.00 | $1,061.68 | $274.15 | ($424.57) | $.00 | $.00 | $.00 |
| 2/14/2019 | 2/14/2019 | 2/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 15171 | $195.68 | $.00 | $186,431.37 | $0.00 | $.00 | $195.68 | $1,257.36 | $.00 | ($424.57) | $.00 | $.00 | $.00 |
| 2/14/2019 | 2/14/2019 | 2/1/2019 | Unapplied Payment Reversal | 45-PA OSO | 0 | 15222 | ($1,104.98) | $.00 | $186,431.37 | $0.00 | $.00 | ($1,104.98) | $152.38 | $.00 | ($424.57) | $.00 | $.00 | $.00 |
| 2/14/2019 | 2/14/2019 | 2/1/2019 | Regular Payment | 45-PA OSO | 0 | 15224 | $1,104.98 | $189.97 | $186,241.40 | $0.00 | $640.86 | $.00 | $152.38 | $274.15 | ($150.42) | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 3/1/2019 | Prior Serv Corp Adv Payment Reversal | 46 SB | 96 | 15820 | ($167.88) | $.00 | $186,241.40 | $0.00 | $.00 | $.00 | $152.38 | $.00 | ($150.42) | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 3/1/2019 | Unapplied Payment | 46 SB | 0 | 15820 | $167.88 | $.00 | $186,241.40 | $0.00 | $.00 | $167.88 | $320.26 | $.00 | ($150.42) | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 2/1/2019 | Regular Payment Reversal | 46 SB | 0 | 15820 | ($1,104.98) | ($189.97) | $186,431.37 | $0.00 | ($640.86) | $.00 | $320.26 | ($274.15) | ($424.57) | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 2/1/2019 | Unapplied Payment | 46 SB | 0 | 15820 | $1,104.98 | $.00 | $186,431.37 | $0.00 | $.00 | $1,104.98 | $1,425.24 | $.00 | ($424.57) | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

**Loan History - General**

| Date | Date | Date | Description | Code | | | Amount | | Balance | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/2019 | 2/21/2019 | 2/1/2019 | Escrow Only Payment | 45 SB | 0 | 15762 | $1,425.24 | $.00 | $186,431.37 | $0.00 | $.00 | $.00 | $1,425.24 | $1,425.24 | $1,000.67 | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 2/1/2019 | Unapplied Payment Reversal | 45 SB | 0 | 15762 | ($1,369.28) | $.00 | $186,431.37 | $0.00 | $.00 | ($1,369.28) | $55.96 | $.00 | $1,000.67 | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 2/1/2019 | Prepetition Unapplied Payment Reversal | 45 SB | 0 | 15762 | ($55.96) | $.00 | $186,431.37 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,000.67 | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 2/1/2019 | PPFN Other Assessment | | 176 | 0 | ($250.00) | $.00 | $186,431.37 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,000.67 | $.00 | $.00 | $.00 |
| 2/21/2019 | 2/21/2019 | 2/1/2019 | Prior Serv Corp Adv Waiver | | 96 | 0 | $250.00 | $.00 | $186,431.37 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,000.67 | $.00 | $.00 | $.00 |
| 2/25/2019 | 2/25/2019 | 2/1/2019 | Prior Serv Corp Adv Waiver | | 96 | 0 | $1,276.25 | $.00 | $186,431.37 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,000.67 | $.00 | $.00 | $.00 |
| 3/15/2019 | 3/15/2019 | 2/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-BC) | 0 | 19332 | $1,200.75 | $189.97 | $186,241.40 | $0.00 | $640.86 | $.00 | $.00 | $369.92 | $1,370.59 | $.00 | $.00 | $.00 |
| 3/15/2019 | 3/15/2019 | 3/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 19332 | $99.91 | $.00 | $186,241.40 | $0.00 | $.00 | $99.91 | $99.91 | $.00 | $1,370.59 | $.00 | $.00 | $.00 |
| 3/15/2019 | 3/15/2019 | 3/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 19332 | $55.96 | $.00 | $186,241.40 | $0.00 | $.00 | $.00 | $155.87 | $.00 | $1,370.59 | $.00 | $.00 | $.00 |
| 3/19/2019 | 3/20/2019 | 3/1/2019 | Unapplied Payment Reversal | 45-PA | 0 | 19901 | ($55.96) | $.00 | $186,241.40 | $0.00 | $.00 | ($55.96) | $99.91 | $.00 | $1,370.59 | $.00 | $.00 | $.00 |
| 3/19/2019 | 3/20/2019 | 3/1/2019 | Escrow Only Payment | 45-PA | 0 | 19901 | $55.96 | $.00 | $186,241.40 | $0.00 | $.00 | $.00 | $99.91 | $55.96 | $1,426.55 | $.00 | $.00 | $.00 |
| 3/28/2019 | 3/28/2019 | 3/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 21062 | ($55.96) | $.00 | $186,241.40 | $0.00 | $.00 | $.00 | $43.95 | $.00 | $1,426.55 | $.00 | $.00 | $.00 |
| 3/28/2019 | 3/28/2019 | 3/1/2019 | Escrow Only Payment | 45-BC | 0 | 21062 | $55.96 | $.00 | $186,241.40 | $0.00 | $.00 | $.00 | $43.95 | $55.96 | $1,482.51 | $.00 | $.00 | $.00 |
| 4/12/2019 | 4/12/2019 | 3/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-JW) | 0 | 23763 | $55.96 | $.00 | $186,241.40 | $0.00 | $.00 | $.00 | $99.91 | $.00 | $1,482.51 | $.00 | $.00 | $.00 |
| 4/12/2019 | 4/12/2019 | 3/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-BC) | 0 | 23812 | $1,200.75 | $190.63 | $186,050.77 | $0.00 | $640.20 | $.00 | $99.91 | $369.92 | $1,852.43 | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

## Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12/2019 | 4/12/2019 | 4/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-BC) | 0 | 23812 | $99.91 | $.00 | $186,050.77 | $0.00 | $.00 | $99.91 | $199.82 | $.00 | $1,852.43 | $.00 | $.00 | $.00 |
| 4/16/2019 | 4/16/2019 | 4/1/2019 | Prepetition Unapplied Payment Reversal | 45-JW | 0 | 24255 | ($55.96) | $.00 | $186,050.77 | $0.00 | $.00 | $.00 | $143.86 | $.00 | $1,852.43 | $.00 | $.00 | $.00 |
| 4/16/2019 | 4/16/2019 | 4/1/2019 | Escrow Only Payment | 45-JW | 0 | 24255 | $55.96 | $.00 | $186,050.77 | $0.00 | $.00 | $.00 | $143.86 | $55.96 | $1,908.39 | $.00 | $.00 | $.00 |
| 5/15/2019 | 5/15/2019 | 4/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-JW) | 0 | 29001 | $55.96 | $.00 | $186,050.77 | $0.00 | $.00 | $.00 | $199.82 | $.00 | $1,908.39 | $.00 | $.00 | $.00 |
| 5/15/2019 | 5/15/2019 | 4/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-JW) | 0 | 29001 | $1,200.75 | $191.28 | $185,859.49 | $0.00 | $639.55 | $.00 | $199.82 | $369.92 | $2,278.31 | $.00 | $.00 | $.00 |
| 5/15/2019 | 5/15/2019 | 5/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-JW) | 0 | 29001 | $99.91 | $.00 | $185,859.49 | $0.00 | $.00 | $99.91 | $299.73 | $.00 | $2,278.31 | $.00 | $.00 | $.00 |
| 5/16/2019 | 5/16/2019 | 5/1/2019 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 29075 | ($55.96) | $.00 | $185,859.49 | $0.00 | $.00 | $.00 | $243.77 | $.00 | $2,278.31 | $.00 | $.00 | $.00 |
| 5/16/2019 | 5/16/2019 | 5/1/2019 | Escrow Only Payment | 45-PA | 0 | 29075 | $55.93 | $.00 | $185,859.49 | $0.00 | $.00 | $.00 | $243.77 | $55.93 | $2,334.24 | $.00 | $.00 | $.00 |
| 5/16/2019 | 5/16/2019 | 5/1/2019 | Escrow Only Payment | 45-PA | 0 | 29075 | $.03 | $.00 | $185,859.49 | $0.00 | $.00 | $.00 | $243.77 | $.03 | $2,334.27 | $.00 | $.00 | $.00 |
| 6/12/2019 | 6/12/2019 | 5/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-JW) | 0 | 32967 | $56.08 | $.00 | $185,859.49 | $0.00 | $.00 | $.00 | $299.85 | $.00 | $2,334.27 | $.00 | $.00 | $.00 |
| 6/19/2019 | 6/19/2019 | 5/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-JW) | 0 | 33598 | $1,200.75 | $191.94 | $185,667.55 | $0.00 | $638.89 | $.00 | $299.85 | $369.92 | $2,704.19 | $.00 | $.00 | $.00 |
| 6/19/2019 | 6/19/2019 | 6/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-JW) | 0 | 33598 | $102.64 | $.00 | $185,667.55 | $0.00 | $.00 | $102.64 | $402.49 | $.00 | $2,704.19 | $.00 | $.00 | $.00 |
| 6/19/2019 | 6/20/2019 | 6/1/2019 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 33684 | ($56.08) | $.00 | $185,667.55 | $0.00 | $.00 | $.00 | $346.41 | $.00 | $2,704.19 | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

### Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2019 | 6/20/2019 | 6/1/2019 | Escrow Only Payment | 45-PA | 0 | 33684 | $56.08 | $.00 | $185,667.55 | $0.00 | $.00 | $.00 | $346.41 | $56.08 | $2,760.27 | $.00 | $.00 | $.00 |
| 7/16/2019 | 7/16/2019 | 6/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 36126 | $55.96 | $.00 | $185,667.55 | $0.00 | $.00 | $.00 | $402.37 | $.00 | $2,760.27 | $.00 | $.00 | $.00 |
| 7/18/2019 | 7/18/2019 | 6/1/2019 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 36346 | ($55.96) | $.00 | $185,667.55 | $0.00 | $.00 | $.00 | $346.41 | $.00 | $2,760.27 | $.00 | $.00 | $.00 |
| 7/18/2019 | 7/18/2019 | 6/1/2019 | Escrow Only Payment | 45-PA | 0 | 36346 | $55.96 | $.00 | $185,667.55 | $0.00 | $.00 | $.00 | $346.41 | $55.96 | $2,816.23 | $.00 | $.00 | $.00 |
| 7/19/2019 | 7/19/2019 | 6/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-PA) | 0 | 36529 | $1,200.75 | $192.60 | $185,474.95 | $0.00 | $638.23 | $.00 | $346.41 | $369.92 | $3,186.15 | $.00 | $.00 | $.00 |
| 7/19/2019 | 7/19/2019 | 7/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 36529 | $99.91 | $.00 | $185,474.95 | $0.00 | $.00 | $99.91 | $446.32 | $.00 | $3,186.15 | $.00 | $.00 | $.00 |
| 8/8/2019 | 8/8/2019 | 7/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-PA) | 0 | 38785 | $1,200.75 | $193.26 | $185,281.69 | $0.00 | $637.57 | $.00 | $446.32 | $369.92 | $3,556.07 | $.00 | $.00 | $.00 |
| 8/8/2019 | 8/8/2019 | 8/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 38785 | $99.91 | $.00 | $185,281.69 | $0.00 | $.00 | $99.91 | $546.23 | $.00 | $3,556.07 | $.00 | $.00 | $.00 |
| 8/8/2019 | 8/8/2019 | 8/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 38787 | $55.96 | $.00 | $185,281.69 | $0.00 | $.00 | $.00 | $602.19 | $.00 | $3,556.07 | $.00 | $.00 | $.00 |
| 8/13/2019 | 8/13/2019 | 8/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 39077 | ($55.96) | $.00 | $185,281.69 | $0.00 | $.00 | $.00 | $546.23 | $.00 | $3,556.07 | $.00 | $.00 | $.00 |
| 8/13/2019 | 8/13/2019 | 8/1/2019 | Escrow Only Payment | 45-BC | 0 | 39077 | $55.96 | $.00 | $185,281.69 | $0.00 | $.00 | $.00 | $546.23 | $55.96 | $3,612.03 | $.00 | $.00 | $.00 |
| 8/19/2019 | 8/19/2019 | 9/7/2019 | Homeowners Policy Disbursement | HOI | 15 | 39692 | ($1,177.00) | $.00 | $185,281.69 | $0.00 | $.00 | $.00 | $546.23 | ($1,177.00) | $2,435.03 | $.00 | $.00 | $.00 |
| 9/18/2019 | 9/18/2019 | 8/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 43000 | $56.40 | $.00 | $185,281.69 | $0.00 | $.00 | $.00 | $602.63 | $.00 | $2,435.03 | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

### Loan History - General

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2019 | 9/23/2019 | 8/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-PA) | 0 | 43529 | $1,219.79 | $193.92 | $185,087.77 | $0.00 | $636.91 | $.00 | $602.63 | $388.96 | $2,823.99 | $.00 | $.00 | $.00 |
| 9/23/2019 | 9/23/2019 | 9/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 43529 | $91.11 | $.00 | $185,087.77 | $0.00 | $.00 | $91.11 | $693.74 | $.00 | $2,823.99 | $.00 | $.00 | $.00 |
| 9/26/2019 | 9/26/2019 | 9/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 44035 | ($56.40) | $.00 | $185,087.77 | $0.00 | $.00 | $.00 | $637.34 | $.00 | $2,823.99 | $.00 | $.00 | $.00 |
| 9/26/2019 | 9/26/2019 | 9/1/2019 | Escrow Only Payment | 45-BC | 0 | 44035 | $56.40 | $.00 | $185,087.77 | $0.00 | $.00 | $.00 | $637.34 | $56.40 | $2,880.39 | $.00 | $.00 | $.00 |
| 10/9/2019 | 10/9/2019 | 11/15/2019 | County Tax Disbursement | property taxes MR 10/09 | 30 | 45453 | ($3,364.81) | $.00 | $185,087.77 | $0.00 | $.00 | $.00 | $637.34 | ($3,364.81) | ($484.42) | $.00 | $.00 | $.00 |
| 10/25/2019 | 10/25/2019 | 9/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-PA) | 0 | 47274 | $1,219.79 | $194.59 | $184,893.18 | $0.00 | $636.24 | $.00 | $637.34 | $388.96 | ($95.46) | $.00 | $.00 | $.00 |
| 10/25/2019 | 10/25/2019 | 10/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 47274 | $91.11 | $.00 | $184,893.18 | $0.00 | $.00 | $91.11 | $728.45 | $.00 | ($95.46) | $.00 | $.00 | $.00 |
| 10/28/2019 | 10/28/2019 | 10/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 47376 | $56.40 | $.00 | $184,893.18 | $0.00 | $.00 | $.00 | $784.85 | $.00 | ($95.46) | $.00 | $.00 | $.00 |
| 10/31/2019 | 10/31/2019 | 10/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 47763 | ($56.40) | $.00 | $184,893.18 | $0.00 | $.00 | $.00 | $728.45 | $.00 | ($95.46) | $.00 | $.00 | $.00 |
| 10/31/2019 | 10/31/2019 | 10/1/2019 | Escrow Only Payment | 45-BC | 0 | 47763 | $56.40 | $.00 | $184,893.18 | $0.00 | $.00 | $.00 | $728.45 | $56.40 | ($39.06) | $.00 | $.00 | $.00 |
| 11/25/2019 | 11/25/2019 | 10/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-PA) | 0 | 50634 | $1,219.79 | $195.26 | $184,697.92 | $0.00 | $635.57 | $.00 | $728.45 | $388.96 | $349.90 | $.00 | $.00 | $.00 |
| 11/25/2019 | 11/25/2019 | 11/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 50634 | $80.87 | $.00 | $184,697.92 | $0.00 | $.00 | $80.87 | $809.32 | $.00 | $349.90 | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

## Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2019 | 11/25/2019 | 11/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 50634 | $55.96 | $.00 | $184,697.92 | $0.00 | $.00 | $.00 | $865.28 | $.00 | $349.90 | $.00 | $.00 | $.00 |
| 12/6/2019 | 12/6/2019 | 11/1/2019 | Prepetition Unapplied Payment Reversal | 45-SM | 0 | 52083 | ($55.96) | $.00 | $184,697.92 | $0.00 | $.00 | $.00 | $809.32 | $.00 | $349.90 | $.00 | $.00 | $.00 |
| 12/6/2019 | 12/6/2019 | 11/1/2019 | Escrow Only Payment | 45-SM | 0 | 52083 | $55.96 | $.00 | $184,697.92 | $0.00 | $.00 | $.00 | $809.32 | $55.96 | $405.86 | $.00 | $.00 | $.00 |
| 12/26/2019 | 12/26/2019 | 11/1/2019 | Prepetition Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 54528 | $56.01 | $.00 | $184,697.92 | $0.00 | $.00 | $.00 | $865.33 | $.00 | $405.86 | $.00 | $.00 | $.00 |
| 12/26/2019 | 12/26/2019 | 11/1/2019 | Regular Payment | BK Check EKA (3000-EKBK-PA) | 0 | 54528 | $1,219.79 | $195.93 | $184,501.99 | $0.00 | $634.90 | $.00 | $865.33 | $388.96 | $794.82 | $.00 | $.00 | $.00 |
| 12/26/2019 | 12/26/2019 | 12/1/2019 | Unapplied Payment | BK Check EKA (3000-EKBK-PA) | 0 | 54528 | $80.82 | $.00 | $184,501.99 | $0.00 | $.00 | $80.82 | $946.15 | $.00 | $794.82 | $.00 | $.00 | $.00 |
| 12/30/2019 | 12/30/2019 | 12/1/2019 | Prepetition Unapplied Payment Reversal | 45-SM | 0 | 54960 | ($56.01) | $.00 | $184,501.99 | $0.00 | $.00 | $.00 | $890.14 | $.00 | $794.82 | $.00 | $.00 | $.00 |
| 12/30/2019 | 12/30/2019 | 12/1/2019 | Escrow Only Payment | 45-SM | 0 | 54960 | $56.01 | $.00 | $184,501.99 | $0.00 | $.00 | $.00 | $890.14 | $56.01 | $850.83 | $.00 | $.00 | $.00 |
| 1/7/2020 | 1/10/2020 | 12/1/2019 | Regular Payment | 3000 - BK Trustee Pmt | 0 | 56588 | $1,219.79 | $196.60 | $184,305.39 | $0.00 | $634.23 | $.00 | $890.14 | $388.96 | $1,239.79 | $.00 | $.00 | $.00 |
| 1/7/2020 | 1/10/2020 | 1/1/2020 | Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 56588 | $80.83 | $.00 | $184,305.39 | $0.00 | $.00 | $80.83 | $970.97 | $.00 | $1,239.79 | $.00 | $.00 | $.00 |
| 1/7/2020 | 1/10/2020 | 1/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 56588 | $56.00 | $.00 | $184,305.39 | $0.00 | $.00 | $.00 | $1,026.97 | $.00 | $1,239.79 | $.00 | $.00 | $.00 |
| 1/22/2020 | 1/22/2020 | 1/1/2020 | Prepetition Unapplied Payment Reversal | 45-SM | 0 | 57927 | ($56.00) | $.00 | $184,305.39 | $0.00 | $.00 | $.00 | $970.97 | $.00 | $1,239.79 | $.00 | $.00 | $.00 |
| 1/22/2020 | 1/22/2020 | 1/1/2020 | Escrow Only Payment | 45-SM | 0 | 57927 | $56.00 | $.00 | $184,305.39 | $0.00 | $.00 | $.00 | $970.97 | $56.00 | $1,295.79 | $.00 | $.00 | $.00 |
| 2/10/2020 | 2/13/2020 | 1/1/2020 | Regular Payment | 3000 - BK Trustee Pmt | 0 | 60804 | $1,219.79 | $197.28 | $184,108.11 | $0.00 | $633.55 | $.00 | $970.97 | $388.96 | $1,684.75 | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

Case 15-21475-EPK   Doc 98   Filed 04/10/20   Page 12 of 13
**SN Servicing Corporation**

**Loan History - General**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/2020 | 2/13/2020 | 2/1/2020 | Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 60804 | $80.82 | $.00 | $184,108.11 | $0.00 | $.00 | $80.82 | $1,051.79 | $.00 | $1,684.75 | $.00 | $.00 | $.00 |
| 2/10/2020 | 2/13/2020 | 2/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 60804 | $56.01 | $.00 | $184,108.11 | $0.00 | $.00 | $.00 | $1,107.80 | $.00 | $1,684.75 | $.00 | $.00 | $.00 |
| 2/25/2020 | 2/25/2020 | 2/1/2020 | Investor Loan Sale | | 0 | 61820 | $.00 | $.00 | $184,108.11 | $0.00 | $.00 | $.00 | $1,107.80 | $.00 | $1,684.75 | $.00 | $.00 | $.00 |
| 2/25/2020 | 2/25/2020 | 2/1/2020 | Inv Loan Purchase | | 0 | 61820 | $.00 | $.00 | $184,108.11 | $0.00 | $.00 | $.00 | $1,107.80 | $.00 | $1,684.75 | $.00 | $.00 | $.00 |
| 2/25/2020 | 2/25/2020 | 2/1/2020 | Prepetition Unapplied Payment Reversal | 45-BB | 0 | 61835 | ($56.01) | $.00 | $184,108.11 | $0.00 | $.00 | $.00 | $1,051.79 | $.00 | $1,684.75 | $.00 | $.00 | $.00 |
| 2/25/2020 | 2/25/2020 | 2/1/2020 | Escrow Only Payment | 45-BB | 0 | 61835 | $56.01 | $.00 | $184,108.11 | $0.00 | $.00 | $.00 | $1,051.79 | $56.01 | $1,740.76 | $.00 | $.00 | $.00 |
| 3/5/2020 | 3/10/2020 | 2/1/2020 | Regular Payment | 3000 - BK Trustee Pmt | 0 | 63824 | $1,219.79 | $197.96 | $183,910.15 | $0.00 | $632.87 | $.00 | $1,051.79 | $388.96 | $2,129.72 | $.00 | $.00 | $.00 |
| 3/5/2020 | 3/10/2020 | 3/1/2020 | Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 63824 | $80.83 | $.00 | $183,910.15 | $0.00 | $.00 | $80.83 | $1,132.62 | $.00 | $2,129.72 | $.00 | $.00 | $.00 |
| 3/5/2020 | 3/10/2020 | 3/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 63824 | $56.00 | $.00 | $183,910.15 | $0.00 | $.00 | $.00 | $1,188.62 | $.00 | $2,129.72 | $.00 | $.00 | $.00 |
| 3/18/2020 | 3/18/2020 | 3/1/2020 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 64749 | ($56.00) | $.00 | $183,910.15 | $0.00 | $.00 | $.00 | $1,132.62 | $.00 | $2,129.72 | $.00 | $.00 | $.00 |
| 3/18/2020 | 3/18/2020 | 3/1/2020 | Escrow Only Payment | 45-BC | 0 | 64749 | $56.00 | $.00 | $183,910.15 | $0.00 | $.00 | $.00 | $1,132.62 | $56.00 | $2,185.72 | $.00 | $.00 | $.00 |
| 3/24/2020 | 3/26/2020 | 3/1/2020 | Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 65848 | $439.38 | $.00 | $183,910.15 | $0.00 | $.00 | $439.38 | $1,572.00 | $.00 | $2,185.72 | $.00 | $.00 | $.00 |
| 3/24/2020 | 3/26/2020 | 3/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 65848 | $18.92 | $.00 | $183,910.15 | $0.00 | $.00 | $.00 | $1,590.92 | $.00 | $2,185.72 | $.00 | $.00 | $.00 |
| 3/27/2020 | 3/27/2020 | 3/1/2020 | Unapplied Payment Reversal | 45-AA | 0 | 65874 | ($1,219.79) | $.00 | $183,910.15 | $0.00 | $.00 | ($1,219.79) | $371.13 | $.00 | $2,185.72 | $.00 | $.00 | $.00 |
| 3/24/2020 | 3/27/2020 | 3/1/2020 | Regular Payment | 45-AA | 0 | 65874 | $1,219.79 | $198.64 | $183,711.51 | $0.00 | $632.19 | $.00 | $371.13 | $388.96 | $2,574.68 | $.00 | $.00 | $.00 |
| 3/31/2020 | 3/31/2020 | 4/1/2020 | Prepetition Unapplied Payment Reversal | 45-BB | 0 | 66352 | ($18.92) | $.00 | $183,711.51 | $0.00 | $.00 | $.00 | $352.21 | $.00 | $2,574.68 | $.00 | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

**Loan History - General**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2020 | 3/31/2020 | 4/1/2020 | Escrow Only Payment | 45-BB | 0 | 66352 | $18.92 | $.00 | $183,711.51 | $0.00 | $.00 | $.00 | $352.21 | $18.92 | $2,593.60 | $.00 | $.00 | $.00 |
| | | | | | Totals: | | $21,804.90 | $192,512.67 | | | $14,708.51 | $352.21 | | $2,593.60 | | $.00 | $.00 |

*Contains Customer Private Information - handle securely.*